tiffs appeal. Reversed and motion denied. Adolph Freyer, for appellants. May & Jacobson, for respondents.

PER CURIAM. The Special Term had no authority to make the order appealed from. Union Bank of Brooklyn v. Case (Sup.) 84 N. Y. Supp. 551; McLean v. Stewart, 14 Hun, 472; Kiernan v. Agricultural Ins. Co., 3 App. Div. 26, 37 N. Y. Supp. 1070. Order reversed, with $10 costs and disbursements and motion denied, with $10 costs.

WEISBERG, Respondent, v. HINES et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 7, 1910.) Action by Moses Weisberg against Samuel L. Hines and another. No opinion. Motion to dismiss appeal granted, with costs.

WELCH, Appellant, v. WELCH, Respondent. (Supreme Court, Appellate Division, Second Department. October 7, 1910.) Action by John Welch against Albert Welch. No opinion. Judgment affirmed, with costs. See, also, 124 App. Div. 927, 109 N. Y. Supp. 1150.

WELLS, Respondent, v. HOWARD et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 20, 1910.) Action by Charles M. Wells against William J. Howard and another. No opinion. Motion to resettle order granted. See, also, 123 N. Y. Supp. 1148.

WENGERT, Respondent, v. FRANK IBERT BREWING CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 2, 1910.) Action by Maria Wengert, as administratrix, etc., of Karl Wengert, deceased, against the Frank Ibert Brewing Company.

PER CURIAM. Judgment and order affirmed, with costs.

THOMAS and CARR, JJ., dissent on the ground that the verdict was against the weight of evidence.

WESSELS, Appellant, v. NORTHWESTERN MUT. LIFE INS. CO. et al. (Supreme Court, Appellate Division, First Department. October 14, 1910.) Action by Edward J. Wessels against the Northwestern Mutual Life Insurance Company and others. No opinion. Motion to dismiss appeal as to respondent Bristol granted, with $10 costs. Order filed. See, also, infra.

WESSELS v. NORTHWESTERN MUT. LIFE INS. CO. et al. (Supreme Court, Appellate Division, First Department. November 11, 1910.) Action by Edward J. Wessels against the Northwestern Mutual Life Insurance Company, impleaded with others. No opinion. Motion to dismiss appeal granted, with $10 costs, Order filed. See, also, supra.

In re WEST 211TH ST. IN CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. October 14, 1910.) In the matter of the City of New York (West 211th St.) No opinion. Motion granted without costs. Order signed. Order filed. See, also, 125 App. Div. 920, 109 N. Y. Supp. 1150.

WIENER, Appellant, v. KREINIK, Respondent. (Supreme Court, Appellate Division, Second Department. December 2, 1910.) Action by David Wiener against Joseph Kreinik. No opinion. Judgment of the Municipal Court affirmed, with costs.

WILLERT v. INTERNATIONAL RY. CO. (Supreme Court, Appellate Division, Fourth Department. October 19, 1910.) Action by Frank Willert, as administrator, against the International Railway Company.

PER CURIAM. Plaintiff's exceptions overruled, motion for new trial denied, with costs, and judgment directed for the defendant upon the verdict, with costs.

KRUSE, J., dissents upon the ground that the questions of negligence and freedom from contributory negligence were questions of fact for the jury.

WILSON v. NEW YORK EVENING JOURNAL PUB. CO. (Supreme Court, Appellate Division, First Department. October 28, 1910.) Action by Andrew I. Wilson against the New York Evening Journal Publishing Company. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

WINKLER, Respondent, v. SANTINI, Appellant. (Supreme Court, Appellate Division, Second Department. December 2, 1910.) Action by Dorothy Mason Winkler against Adele Santini. No opinion. Judgment of the Municipal Court reversed and new trial ordered, costs to abide the event, with direction to send the case to the district where the plaintiff resides.

WIRT v. REID et al. (Supreme Court, Appellate Division, First Department. October 14, 1910.) Action by John D. Wirt, as administrator, against Daniel G. Reid and others. No opinion. Motion granted. Settle order on notice. See, also, 124 N. Y. Supp. 1134.

WOODRUFF, Respondent, v. SQUIER, Appellant. (Supreme Court, Appellate Division, First Department. October 14, 1910.) Action by Amos E. Woodruff against Elinor W. Squier. W. A. Shepard, for appellant. A. E. Woodruff, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 123 App. Div. 923, 107 N. Y. Supp. 1150; 126 App. Div. 914, 110 N. Y. Supp. 1150; infra.

WOODRUFF v. SQUIER. (Supreme Court, Appellate Division, First Department. October 28, 1910.) Appeal from Special Term, New York County. Action by Amos E. Woodruff against Elinor W. Squier. From an order striking out certain allegations in the complaint, plaintiff appeals. Modified and affirmed.